1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  STEPHEN LOHBECK,                    Case No. 2:22-cv-01550-KJM-JDP (PS)

12          Plaintiff,                  FINDINGS AND RECOMMENDATIONS
                                        THAT THIS ACTION BE DISMISSED FOR
13      v.                              FAILURE TO PROSECUTE, FAILURE TO
                                        COMPLY WITH COURT ORDERS, AND
14  EXPERIAN INFORMATION                FAILURE TO COMPLY WITH LOCAL
    SOLUTIONS, INC.,                    RULES
15
            Defendant.                  OBJECTIONS DUE WITHIN FOURTEEN
16                                      DAYS
17

18          Defendant filed a motion to dismiss, which was previously noticed for hearing on

19  December 1, 2022.  ECF No. 4.  After plaintiff failed to timely respond to that motion, I ordered

20  him to show cause why sanctions should not be imposed for his failure to comply with the court's

21  local rules. ECF No. 22.  I also continued the hearing on defendant's motion and ordered plaintiff

22  to file, by no later than December 15, 2022, either an opposition or statement of non-opposition to

23  that motion.  *Id.*  I warned him that failure to comply with that order could result in a

24  recommendation that this action be dismissed.  *Id.*

25          The deadline has passed, and plaintiff has not filed an opposition or statement of non-

26  opposition nor otherwise responded to the November 28, 2022 order to show cause.  Accordingly,

27  it is hereby ORDERED that the January 5, 2023 hearing on defendant's motion to dismiss is

28  vacated.

                                         1

Further, it is RECOMMENDED that:

1.  This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to comply with the court's local rules.

2.  Defendant's motion to dismiss, ECF No. 4, be denied as moot.

3.  The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    December 28, 2022    

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2